UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:10-cr-518-T-26AEP

LLOYD WHANN
_____/

## JUDGMENT OF ACQUITTAL

This cause having come on for trial by jury and before the Court, as to Counts One and Nineteen through Thirty-Five of the indictment, it is

ORDERED AND ADJUDGED:

The Defendant, Lloyd Whann is not guilty of the offense charged against him in Counts One and Nineteen through Thirty-Five of the indictment and the Defendant shall be discharged and allowed to go hence without day for his return.

DONE AND ORDERED at Tampa, Florida this 19th day of March, 2012.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of record